# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

HECTOR TORRES,
    *Plaintiff*,

v.

SCOTT SEMPLE, et al.,
    *Defendants*.

No. 3:20-cv-01825 (VAB)

## ORDER OF DISMISSAL

Hector Torres, proceeding *pro se*, seeks to proceed in this case *in forma pauperis*. *See* Mot., ECF No. 2 (Dec. 8, 2020).

On December 21, 2020, the Court issued a Notice of Insufficiency informing Mr. Torres that he must submit a copy of his inmate account statement showing activity for the preceding six months. *See* Notice, ECF No. 7 (Dec. 21, 2020). The Court advised Mr. Torres that the case would be dismissed if he did not correct the insufficiency by January 11, 2021. *See id.* To date, Mr. Torres has neither submitted the required document nor sought an extension of time within which to do so.

Mr. Torres' motion to proceed *in forma pauperis* therefore is **DENIED** and the Complaint is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(b) (involuntary dismissal if a plaintiff fails to comply with a court order); *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b)... gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute.") (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)); *see also Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward

the efficient and expedient resolution of cases."). Mr. Torres may file a motion to reopen this case if he can demonstrate good cause for failing to comply with the Court's order and local court rules. Any motion to reopen must be accompanied by the required document as described in the Court's Notice, ECF No. 7. The Clerk of Court respectfully is directed to close this case.

**SO ORDERED** this 21st day of June, 2021 at Bridgeport, Connecticut.

/s/Victor A. Bolden
Victor A. Bolden
United States District Judge